# Costello & Silverman, LLC

**Counselors at Law**



| | |
|---|---|
| **Kevin M. Costello** ◊+* | **Christina M. D'Auria** □ |
| **Daniel T. Silverman** □* | **Mark D. Laderman** □ |
| **Jacquelyn R. Matchett** □* | **Jenelle L. Hubbard** ○ |
| **Miriam S. Edelstein** □○* | **Carly D. Trochtenberg**+ |
| | **Michael J. Reilly** + |
| * **Member of Law Firm** | **Randall H. Brown** + |
| ^ **Of Counsel** | **Christina Stivaly** + |

_____

**Edward A. Lopez** ^+
**Regina D. Poserina** ^□
**Cynthia L. Dubell** +
www.CostelloSilverman.com
856-727-9700
856-727-9797 (fax)

◊**CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY**

o **Admitted to the New Jersey and New York Bars.**
+ **Admitted to the New Jersey Bar**
□ **Admitted to the New Jersey and Pennsylvania Bars**

July 8, 2026

**VIA ECF**
Hon. William J. Martini, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:    Joseph Heresi v. PNC Bank, et. al.
           Docket No.:  2:25-cv-15506-WJM-SDA**

Dear Judge Martini:

      As the Court is aware, we represent Plaintiff Joseph Heresi in the above-captioned matter. With the consent of defense counsel, we respectfully submit this request for a thirty (30) day extension of the Administrative Order to dismiss the matter with prejudice. The extension will provide the parties sufficient time to complete the remaining obligations of resolution.

      Should the parties fulfill the terms of the resolution before the expiration of the thirty (30) days, the parties will promptly file a stipulation to dismiss with prejudice.

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**

July 8, 2026
Page **2** of **2**

       We thank the Court for its attention to this matter.

Respectfully submitted,

**COSTELLO & SILVERMAN, LLC**

**By:**   */s/ Jacquelyn R. Matchett*
        **Jacquelyn R. Matchett**

JRM/
cc: Counsel of Record

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**
